IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JACINTO TARON ROBINSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:18-CV-1008-LSC-CSC |
| ) | (WO) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## **ORDER**

On October 21, 2021, the Magistrate Judge entered a Recommendation that Petitioner Jacinto Taron Robinson's 28 U.S.C. § 2255 motion be denied and that this case be dismissed with prejudice. (Doc. 23.) Robinson has filed no objections. Upon an independent review of the record and upon consideration of the Magistrate Judge's Recommendation, it is ORDERED as follows:

1. The Magistrate Judge's Recommendation (Doc. 23) is ADOPTED.

2. Robinson's 28 U.S.C. § 2255 motion (Doc. 1) is DENIED, and this case is DISMISSED WITH PREJUDICE.

A separate final judgment will be entered.

**DONE** and **ORDERED** on November 18, 2021.

_____
L. Scott Coogler
United States District Judge

160704